UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

# CIVIL MINUTES – GENERAL

Case No.   5:25-cv-02908-SSS-BFMx                                     Date: December 8, 2025

Title   *Richard Owens v. JPMorgan Chase Bank NA*

Present: The Honorable:   SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings (In Chambers):   Order Dismissing Action Without Prejudice**

On October 31, 2025, Plaintiff filed a Complaint and a Request to Proceed In Forma Pauperis ("IFP request"). [Dkts. 1-2]. Plaintiff alleged racial discrimination in banking contracts in violation of 42 U.S.C. § 1981. [Dkt. 1].

On November 4, 2025, the Court postponed a ruling on the IFP request and ordered Plaintiff to provide more information within 30 days. [Dkt. 9]. The Court ordered Plaintiff to file an Amended IFP request or pay the filing fee. *Id*. The Court also ordered Plaintiff to file an Amended Complaint because he had failed to state a claim under 42 U.S.C. § 1981. *Id*. The Court warned Plaintiff that the failure to comply with the order within 30 days would lead to the dismissal of this action without prejudice. *Id*.

On December 3, 2025, Plaintiff filed an Amended Complaint. [Dkt. 10]. Plaintiff did not, however, comply with the Court's order to file an Amended IFP request or pay the filing fee.

More than 30 days have passed since the Court's order on November 4, 2025, and Plaintiff has not complied with the order in its entirety. Accordingly, this case is dismissed without prejudice.

**IT IS SO ORDERED**.